**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1648**

---

WILSON OCHAR,

        Plaintiff - Appellant,

    v.

LENTEGRITY; MERLEX AUTO GROUP,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:24-cv-00926-CMH-WBP)

---

Submitted:  September 19, 2024           Decided:  September 23, 2024

---

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wilson Ochar, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilson Ochar appeals the district court's order denying his motion to proceed in forma pauperis. *See Roberts v. U.S. Dist. Ct.*, 339 U.S. 844, 845 (1950) (per curiam) (holding that order denying motion to proceed in forma pauperis is appealable interlocutory order). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ochar v. Lentegrity*, No. 1:24-cv-00926-CMH-WBP (E.D. Va. June 27, 2024). In addition, we deny each of Ochar's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2